UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANTHONY VAUGHN, | NO. CV 06-1537-CT |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 10, 2009

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE